IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pope, Tamara

Printed: 6/3/08

Case Number: 07 B 11450
Judge: Wedoff, Eugene R
Filed: 6/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 851.40 |
| Trustee Fee: |  | 48.60 |
| Other Funds: |  | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,554.00 | 851.40 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 29,134.34 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 358.40 | 0.00 |
| 5. | Trinity International University | Unsecured | 2,725.26 | 0.00 |
| 6. | RMS | Unsecured |  | No Claim Filed |
| 7. | Allied Interstate | Unsecured |  | No Claim Filed |
| 8. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 9. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,772.00 | $ 851.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
|  | _____ |
|  | $ 48.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Pope, Tamara

Printed:  6/3/08

Case Number:  07 B 11450
Judge:  Wedoff, Eugene R
Filed:  6/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

